IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

JASON TOWNS                                                                                    PLAINTIFF

VS.                                                         CIVIL ACTION NO. 4:19-CV-70-SA-JMV

MISSISSIPPI DEPARTMENT
OF CORRECTIONS, et al.                                                            DEFENDANTS

## ORDER STAYING CERTAIN PROCEEDINGS

This case is before the court pursuant to L.U.Civ.R. 16(b)(3)(B). Rule 16(b)(3)(B) provides:

[f]iling a motion to compel arbitration, or a motion asserting an immunity defense or jurisdictional defense stays the attorney conference and disclosure requirements and all discovery, pending the court's ruling on the motion, including any appeal. Whether to permit discovery on issues related to the motion and whether to permit any portion of the case to proceed pending resolution of the motion are decisions committed to the discretion of the court, upon a motion by any party seeking relief.

Defendants filed a motion [21] to dismiss based partially on an immunity defense on July 17, 2019. Accordingly, the proceedings listed above, along with the case management conference, are STAYED pending a ruling on the immunity motion. Defendants' motion [23] to stay based on immunity defenses is, accordingly, deemed moot.

**THIS**, the 18th day of July, 2019.

/s/ Jane M. Virden
U. S. Magistrate Judge